| | |
|---|---|
| 1 | GEORGE A. RILEY (State Bar #118304) |
| | GRiley@omm.com |
| 2 | O'MELVENY & MYERS LLP |
| | Embarcadero Center West |
| 3 | 275 Battery Street, Suite 2600 |
| | San Francisco, California 94111-3305 |
| 4 | Telephone: (415) 984-8700 |
| | Facsimile: (415) 984-8701 |
| 5 | |
| | JOHN C. KAPPOS (State Bar #171977) |
| 6 | JKappos@omm.com |
| | DARIN J. GLASSER (State Bar #223788) |
| 7 | DGlasser@omm.com |
| | O'MELVENY & MYERS LLP |
| 8 | 610 Newport Center Drive, Suite 17th Floor |
| | Newport Beach, California 92660-6429 |
| 9 | Telephone: (949) 760-9600 |
| | Facsimile: (949) 823-6994 |
| 10 | |
| | Attorneys for Defendant, |
| 11 | DISCUS DENTAL, INC. |
| 12 | MICHAEL A. MOLANO (State Bar #171057) |
| | mmolano@mayerbrownrowe.com |
| 13 | SHIRISH GUPTA (State Bar #205584) |
| | sgupta@mayerbrownrowe.com |
| 14 | MAYER, BROWN, ROWE & MAW LLP |
| | Two Palo Alto Square |
| 15 | 3000 El Camino Real, Suite 2-3000 |
| | Palo Alto, California 94306-2112 |
| 16 | Telephone: (650) 331-2000 |
| | Facsimile: (650) 331-2060 |
| 17 | |
| | Attorneys for Plaintiff, |
| 18 | BRITESMILE DEVELOPMENT, INC. |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 21 | BRITESMILE DEVELOPMENT, INC., | Case No. C05-04397 JSW |
| 22 | Plaintiff, | **JOINT REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |
| 23 | v. | |
| 24 | DISCUS DENTAL, INC., | [PROPOSED] ORDER |
| 25 | Defendants. | Judge: Jeffrey S. White |
| | | Date of Filing: October 28, 2005 |

NB1:673501.2

JOINT REQUEST FOR CONTINUANCE OF
CASE MANAGEMENT CONFERENCE
C05-04397 JSW

1    Plaintiff BriteSmile Development, Inc. and Defendants Discus Dental, Inc. hereby request a continuation of the Case Management Conference, currently scheduled for February 3, 2006. The parties stipulate to and jointly request a continuance of 60 days such that the Case Management Conference will take place on April 7, 2006, or at such other time as is convenient for the Court. The parties also stipulate to and jointly request a continuance of 60 days for submission of the Case Management Statement to be due March 31, 2006.

The parties are diligently working towards settlement and believe that with this extension, the necessary approvals may be obtained to bring resolution to this matter. An Asset Purchase Agreement was signed December 30, 2005, under which Discus Dental has agreed to purchase that part of BriteSmile's business consisting of offering teeth-whitening procedures and products through independent dental offices. A settlement and release between BriteSmile and Discus as to all issues in this case as well as to those issues as between BriteSmile and Discus in co-pending Case No. C 02-03220 JSW, is a requirement for closing. Closing, however, is contingent on, among other things, approval by BriteSmile's shareholders. The requested continuance will therefore allow time for the necessary approvals for the settlement process to progress.

Dated: January 17, 2006                                Dated: January 17, 2006


___/s/_____                         ___/s/_____
Darin J. Glasser, Esq.                                 Shirish Gupta, Esq.
O'MELVENY & MYERS LLP                                  MAYER, BROWN, ROWE & MAW LLP
Attorneys for Defendant Discus Dental, Inc.            Attorneys for Plaintiff BriteSmile
                                                       Development, Inc.


PURSUANT TO STIPULATION, IT IS ORDERED that the Case Management Conference be continued to April 7, 2006.

January 19, 2006                                       _____/s/ Jeffrey S. White_____
Date                                                   Honorable Jeffrey S. White

1

JOINT REQUEST FOR CONTINUANCE OF
CASE MANAGEMENT CONFERENCE
C05-04397 JSW